UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH A. PULEIO, )
        Petitioner, )
    )
    )
V. )    CIVIL ACTION
    )    No. 85-2023-S
    )
GEORGE A. VOSE, JR., )
        Respondent. )

### MOTION FOR RELIEF FROM JUDGMENT

Now comes Joseph A. Puleio, the petitioner, and respectfully moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 60(b)(4-6), for relief from the judgment and order of this Court (Skinner, J.) dismissing movant's petition for a writ of habeas corpus, entered in this action on December 11, 1986. Said dismissal being affirmed on appeal, Puleio v. Vose, 830 F.2d 1197 (1st Cir. 1987), cert. denied, 485 U.S. 990 (1988).

As grounds therefore, movant states relief from judgment is mandated in this case based on the recent decision in Crawford v. Washington, ___ U.S. ___, 124 S.Ct. 1354 (2004). The Crawford decision having overruled, in significant part, Ohio v. Roberts, 448 U.S. 56 (1980), a case relied upon to dismiss movant's Confrontation Clause claim and, in turn, his federal habeas petition; and to affirm said dismissal on appeal. See Puleio v. Vose, supra, 830 F.2d at 1203-07. In further support hereof, movant submits his duly sworn affidavit and a memorandum of law.

WHEREFORE, it is respectfully prayed this Honorable Court grants this motion for the reasons set forth herein and in the accompanying pleadings, or for any and all other reasons this Court may deem just in the premises.

Dated: 11-22-04

Respectfully submitted,

*Joseph A. Puleio*

Joseph A. Puleio
Petitioner, pro se
Old Colony Correctional
 Center
One Administration Road
Bridgewater, MA 02324

## CERTIFICATE OF SERVICE

I, Joseph A. Puleio, the petitioner, acting pro se, hereby certify that on the date below I served a true copy of the above pleading on Thomas F. Reilly, Attorney General for the Commonwealth of Massachusetts, by mailing same to his usual place of business, Office of the Attorney General, One Ashburton Place, 20th Floor, Boston, MA 02108, by first class United States mail, postage pre-paid.

Dated: 11-22-04

*Joseph A. Puleio*

Joseph A. Puleio
Affiant