```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JOSEPH A. PULEIO, | ) |
| | ) |
| Petitioner, | ) |
| | ) C.A. No. 04-12570-NG |
| v. | ) |
| | ) |
| GEORGE A. VOSE, JR., | ) |
| | ) |
| Respondent. | ) |

<u>ORDER OF TRANSFER</u>

In accordance with the Court's January 20, 2005 Memorandum and Order in this case, it is hereby ORDERED that this action be TRANSFERRED to First Circuit Court of Appeals where the petitioner may seek authorization to file a second or successive petition for relief under 28 U.S.C. § 2254.

January 21, 2005                         By the Court,

                                         <u>/s/ Jeanette McGlamery</u>
                                         Deputy Clerk