UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7 P 2: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH A. PULEIO,
        Petitioner,

V.

GEORGE A. VOSE, JR.,
        Respondent.

CIVIL ACTION
No. 04-cv-12570-NG

## PETITIONER'S MOTION TO STAY PROCEEDINGS

Now comes Joseph A. Puleio, the petitioner, acting pro se in the above-captioned and numbered action, and respectfully moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 62(b), to stay the proceedings in this aciton pending a decision by the United States Supreme Court in the case cited as Gonzalez v. Crosby, 366 F.3d 1253 (11th Cir.2004)(en banc)(per curiam), cert. granted, Supreme Court Docket No. 04-6432 (1/14/05).

As grounds therefore, movant states that the issue pending resolution in Gonzalez bears directly on the matter at hand -- that is, the applicability of Rule 60(b) motions in federal habeas proceedings, see Criminal Law Reporter, Vol 76, No. 14, pg. 2121 (1/19/05). Accordingly, in the interests of judicial economy, the instant proceedings ought to be stayed and held in abeyance pending a resolution in Gonzalez, supra.

WHEREFORE, it is respectfully prayed this Honorable Court grants this motion for the reasons set forth herein and in the motion to alter or amend judgment being filed simulta-

-2-

neously herewith, or for any and all other reasons this Court may deem just in the premises.

Dated: 1/31/05

Respectfully submitted,

*Joseph A. Puleio*

Joseph A. Puleio, pro se
Petitioner
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

CERTIFICATE OF SERVICE

I hereby certify that on the date below I served a true copy of the above pleading on Thomas F. Reilly, Attorney General for Massachusetts by mailing same to his usual place of business.

Dated: 1/31/05   *Joseph A. Puleio*